# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 AUG -2 PM 3: 27

UNITED STATES OF AMERICA,

                     Plaintiff,

      vs.

JEFFREY WILLIAMS (2)

                    Defendant.

CASE NO.   11CR2691-BEN

**JUDGMENT OF DISMISSAL**

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in case #11CR3232-BEN against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

21:952 AND 960; 18:2

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: JULY 26, 2011

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE